**662**

Mark A. WARD, Plaintiff—Appellant,

v.

WAVY BROADCASTING, INCORPO-
RATED; Lin Television Corpora-
tion, Defendants—Appellees.

No. 03–1772.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 26, 2003.

Decided Feb. 10, 2004.

Mark A. Ward, Appellant pro se. Wil-
liam McCardell Furr, Willcox & Savage,
Norfolk, Virginia, for Appellees.

Before LUTTIG, KING, and SHEDD,
Circuit Judges.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Mark A. Ward appeals the district
court's order holding him in civil contempt
of its September 30, 2002 pre-filing injunc-
tion order. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *See Ward v. WAVY Broad.,
Inc.*, No. CA–99–461–2 (E.D. Va. filed
June 17, 2003 & entered June 18, 2003).
We deny Ward's motion for appointment
of counsel. We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED*